# EXHIBIT 2



INVOICE / CHARGE

**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 12/23/13 | 02140438 | 1 of 1 | X FORKLIFT | | AS |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 50 | 00195 ONIONS BROWN MED | | 9.000 | 450.00 |
| | Product of United States | | | |
| 5 | 00092 APPLES GALA | 80CT | 22.000 | 110.00 |
| | Product of United States | | | |
| 6 | 00245 PEARS BOSC BAGS | 12/3# | 15.000 | 90.00 |
| | Product of United States | | | |
| 2 | 00129 APPLES LADY | | 22.000 | 44.00 |
| | Product of United States | | | |
| 2 | 00318 YAMS GARNET | MED | 14.000 | 28.00 |
| | Product of United States | | | |

Pallets Out/In 0/ 0

| Total | 65.00 | Total $ | 722.00 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature

DELV00010102140438001