# EXHIBIT 4



**davalan sales**

INVOICE / CHARGE

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | Salesperson |
|---|---|---|---|---|
| | | | Yes  No | |
| 12/23/13 | 02140424 | 1 of 1 | X ☐ FORKLIFT | EM |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 5 | 02809 ITALIAN SQUASH FANCY 22LBS<br>Product of United States | 9.000 | 45.00 |
| | Pallets Out/In  0/ 0 | | |
| | | Total  5.00 | Total $  45.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B. L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature

DELV00010102140424 0001



INVOICE / CHARGE

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234

EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number / Phone No. | Terms |
| 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 12/23/13 | 02140438 | 1 of 1 | X FORKLIFT | | AS |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 50 | 00195 ONIONS BROWN MED<br>Product of United States | | 9.000 | 450.00 |
| 5 | 00092 APPLES GALA<br>Product of United States | 80CT | 22.000 | 110.00 |
| 6 | 00245 PEARS BOSC BAGS<br>Product of United States | 12/3# | 15.000 | 90.00 |
| 2 | 00129 APPLES LADY<br>Product of United States | | 22.000 | 44.00 |
| 2 | 00318 YAMS GARNET<br>Product of United States | MED | 14.000 | 28.00 |

Pallets Out/In  0/ 0

| Total | 65.00 | Total $ | 722.00 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature

DELV00010102140438001



INVOICE / CHARGE

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
|  | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
|  |  |  | Yes | No |  |
| 12/24/13 | 02141160 | 1 of 1 | X FORKLIFT |  | AS |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 15 | 00300 POTATO RUSSET BAG 5/10# | | 9.000 | 135.00 |
|  | Product of United States | | | |
| 10 | 00195 ONIONS BROWN MED | | 9.000 | 90.00 |
| 15 | 00194 ONIONS BROWN JUMBO | | 9.000 | 135.00 |
|  | Product of United States | | | |
| 5 | 00022 APPLES FUJI | 100CT | 15.000 | 75.00 |
|  | Product of United States | | | |
| 3 | 00307 POTATO WHITE A | | 30.000 | 90.00 |
|  | Product of United States | | | |
| 5 | 00211 ONIONS WHITE MED | | 20.000 | 100.00 |
|  | Product of United States | | | |

Pallets Out/In 0/ 0

Total  53.00    Total $   625.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗_____
Customer Signature


DELV000101021411600001

INVOICE / CHARGE



davalan sales

1801 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234

EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 12/24/13 | 02141272 | of | X | | AM |
| | | 1 | FORKLIFT | | |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 5 | 02837 CABBAGE JUMBO | | 12.500 | 62.50 |
| | Product of United States | | | |
| 1 | 02838 CABBAGE RED | 24CT | 19.000 | 19.00 |
| | Product of United States | | | |
| 1 | 02796 TURNIP JUMBO BAG | 25LB | 14.000 | 14.00 |
| | Product of United States | | | |
| 2 | 02765 CELERY | 30CT | 12.000 | 24.00 |
| | Product of United States | | | |
| 2 | 04536 CARROTS PEELED BABY | 30/1LB | .20.000 | 40.00 |
| | Product of United States | | | |
| 2 | 02832 CARROTS CELLO | 48/1LB | 14.000 | 28.00 |
| | Product of United States | | | |
| 10 | 02774 GREEN ONION SMALL | 48CT | 9.000 | 90.00 |
| | Product of Mexico | | | |
| 12 | 02846 CILANTRO farm fresh | 30CT | 3.000 | 36.00 |
| | Product of United States | | | |
| 5 | 05390 PARSLEY ITALIAN | 60CT | 11.000 | 55.00 |
| | Product of United States | | | |
| | Pallets Out/In 0/ 0 | | Total 40.00 | Total $ 368.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B. L.A. FINAL ACCEPTANCE

X _____
Customer Signature

DELV00010102141272 0001

INVOICE / CHARGE



davalan sales

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500   Fax (213) 622-6234
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 12/24/13 | 02141275 | of | X | | EM |
| | | 1 | FORKLIFT | | |

**Bill To:**   GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:**   GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 3 | 02813 PICKLE CUCUMBER 2-300<br>Product of United States | 16.000 | 48.00 |
| | Pallets Out/In  0/ 0 | | |
| | | Total  3.00   Total $ | 48.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any Judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X_____
Customer Signature

DELV00010102141275000l



INVOICE / CHARGE

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | Salesperson |
|---|---|---|---|---|
| 12/24/13 | 02141451 | 1 of 1 | Yes [X] No [ ] FORKLIFT | AM |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 10 | 02805 SPINACH 24CT<br>Product of United States | 8.000 | 80.00 |

Pallets Out/In 0/ 0

Total 10.00    Total $ 80.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature


DELV00010102141451000

INVOICE / CHARGE 

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 689-9200  Fax (213) 689-4300
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: | Date | Invoice Number | Page | Delivery Yes / No | Salesperson |
|---|---|---|---|---|---|---|
| GLENDALE RANCH | GLERAN | 12/12/13 | 01954153 | 1 of 1 | X / ☐  FORKLIFT | DSH |
| P.O. Number | Phone No. | Terms | | | | |
| | 818-240-3333 | NET 21 DAY | | | | |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH
LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 2 | 02490 MUSHROOMS LARGE 10#-CASE | | 1.900 | 38.00 |
| | Product of United States | | | |
| | Total lbs: 20.0000 | | | |
| 2 | 02495 MUSHROOMS PREPACK | 12/8-OZ | 13.500 | 27.00 |
| | Product of United States | | | |
| 1 | 02477 SPROUTS LIVING ALFALFA | 12/4OZ | 12.500 | 12.50 |
| | Product of United States | | | |
| 1 | 02476 SPROUTS CELLO BEAN | 12/12OZ | 7.500 | 7.50 |
| | Product of United States | | | |
| 1 | 02834 ASPARAGUS TIPS | 15#-CASE | 26.000 | 26.00 |
| 1 | 02443 MUSHROOMS PORTABELLA MED | 5#-CASE | 3.250 | 16.25 |
| | Product of United States | | | |
| | Total lbs: 5.0000 | | | |

Pallets Out/In 0/ 0

Total 8.00    Total $ 127.25

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B. L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature


DELV00020101954153 0001

**INVOICE / CHARGE**

**THE BANANA CO**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 689-9200  Fax (213) 689-4300

EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
|  | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | Salesperson |
|---|---|---|---|---|
|  |  | 1 | Yes  No | |
| 12/12/13 | 01954157 | of | X ☐ | AAG |
|  |  | 1 | FORKLIFT | |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 5 | 00977 GRAPEFRUIT TEXAS FANCY 48CT | | 18.000 | 90.00 |
|  | Product of United States | | | |
| 1 | 02965 YALI PEARS | CARTON | 24.000 | 24.00 |
|  | Product of CHINA | | | |
| 2 | 01813 GREEN BEANS | CARTON | 15.000 | 30.00 |
|  | Product of Mexico | | | |
| 1 | 01682 BOKCHOY SHANGHAI | CARTON | 16.000 | 16.00 |
|  | Product of United States | | | |
| 5 | 01873 ITALIAN EGGPLANT | CARTON | 42.000 | 210.00 |
|  | Product of Mexico | | | |

Pallets Out/In  0/ 0

| Total | 14.00 | Total $ | 370.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature

DELV00020101954157 0001

**INVOICE / CHARGE**


THE BANANA CO.

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 689-9200  Fax (213) 689-4300

EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery Yes / No | Salesperson |
|---|---|---|---|---|
| 12/13/13 | 01954957 | 1 of 1 | X  / FORKLIFT | RB |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH

LOS ANGELES, CA

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 2 | 02494 MUSHROOMS JUMBO 10#-CASE | 2.050 | 41.00 |
| | Product of United States | | |
| | Total lbs: 20.0000 | | |
| 3 | 02757 SPRING MIX            3# | 7.000 | 21.00 |
| | Product of United States | | |

Pallets Out/In 0/ 0

Total 5.00    Total $ 62.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✘ _____
Customer Signature

DELV00020101954957 0001

**INVOICE / CHARGE**



**THE BANANA CO**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 689-9200  Fax (213) 689-4300

EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
|  | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
|  |  |  | Yes | No |  |
| 12/14/13 | 01955591 | 1 of 1 | X |  | AAG |
|  |  |  | FORKLIFT | |  |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH
LOS ANGELES, CA

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 5 | 00385 LEMON SUNKIST 200CT<br>Product of United States | 23.000 | 115.00 |
| | Pallets Out/In 0/ 0 | | |

| Total | 5.00 | Total $ | 115.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗_____
Customer Signature


DELV000201019555910001

**INVOICE / CHARGE**



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 689-9200   Fax (213) 689-4300
EXTRA COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| GLENDALE RANCH | GLERAN |
| P.O. Number | Phone No. | Terms |
| | 818-240-3333 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 12/14/13 | 01955593 | of | X | ☐ | RSU |
| | | 1 | FORKLIFT | | |

**Bill To:** GLENDALE RANCH
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**Ship To:** GLENDALE RANCH
LOS ANGELES, CA

| UNIT | DESCRIPTION | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | 01682 BOKCHOY SHANGHAI CARTON | | 16.500 | 16.50 |
| | Product of Mexico | | | |
| 2 | 01813 GREEN BEANS | 30 LBS | 18.000 | 36.00 |
| | Product of Mexico | | | |
| 1 | 02439 OKRA | CARTON | 26.000 | 26.00 |
| | Product of HONDURAS | | | |

Pallets Out/In  0/ 0

| Total | 4.00 | Total $ | 78.50 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account. THE SALES PRICE ON THIS INVOICE MAY BE SUBJECT TO PROMOTIONAL ALLOWANCES OR REBATES.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B. L.A. FINAL ACCEPTANCE

✗_____
Customer Signature

DELV00020101955930001