# EXHIBIT 2

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/26/13 | 02678430 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02678430 | ELADIO | DELIVERY | NET 21 DAYS | CAV | CAV | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 2 | CHILE, JALAPENO 38# | CASE | 34185301 | 22.00 | 44.00 |
| | Product of MEXICO: Quantity 2.00 | | 34185301 | | |
| 1 | TOMATILLO, | 38 LBS | 34187701 | 15.20 | 15.20 |
| | Product of MEXICO: Quantity 1.00 | | 34187701 | | |
| 1 | CHILE, PASILLA 22# | CASE | 34169207 | 26.40 | 26.40 |
| | Product of MEXICO: Quantity 1.00 | | 34169207 | | |
| 1 | JICAMA | 35 LBS | 34182401 | 11.00 | 11.00 |
| | Product of MEXICO: Quantity 1.00 | | 34182401 | | |
| 1 | YUCCA ROOT | 35 LBS | 34113901 | 22.00 | 22.00 |
| | Product of COSTA RICA: Quantity 1.00 | | 34113901 | | |
| 3 | CHILE, ANAHEIM (LBS) | LB | 34135001 | .40LB | 28.80 |
| | **POUNDS:@72.0000LBS** | | | | |
| | Product of MEXICO: Quantity 3.00 | | 34135001 | | |
| 1 | BANANAS, ECUADOR PLANTAINS | CASE 40# | 00131202 | 12.00 | 12.00 |
| | ***4*** | | | | |
| | Product of ECUADOR: Quantity 1.00 | | 00131202 | | |
| | ——END OF INVOICE—— | | | | |

| 10 | | Please Pay This Amount | $159.40 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)**

Customer Signature (PRINT NAME)      DATE      TIME



INVC2300040102678430001

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/26/13 | 02678497 |

| Bill To: ACCT NO. 038545 | Ship To: |
|---|---|
| GLENDALE RANCH MARKET | GLENDALE RANCH MARKET |
| 1122 S CENTRA AVE | 1122 S CENTRA AVE |
| GLENDALE, CA 91204 | GLENDALE, CA 91204 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02678497 | #1 | DELIVERY | NET 21 DAYS | NIC | NIC | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 7 | PEPPERS, GREEN BELL CH | 25 LBS | 34144008 | 8.00 | 56.00 |
| | Product of MEXICO: Quantity 7.00 | | 34144008 | | |
| | ———END OF INVOICE——— | | | | |
| 7 | | | Please Pay This Amount | | $56.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)**

Customer Signature (PRINT NAME)     DATE     TIME


INVC2300040102678497 0001

**OLYMPIC FRUIT & VEGETABLE**

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/27/13 | 02678886 |

| Bill To: ACCT NO. 038545 | Ship To: |
|---|---|
| GLENDALE RANCH MARKET | GLENDALE RANCH MARKET |
| 1122 S CENTRA AVE | 1122 S CENTRA AVE |
| GLENDALE, CA 91204 | GLENDALE, CA 91204 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02678886 | el puma | DELIVERY | NET 21 DAYS | MCR | MCR | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR<br>***# 4 1/2 COLOR*** | 40 LBS | 00131203 | 10.00 | 480.00 |
| | Product of ECUADOR: Quantity 48.00 | | 00131203 | | |
| 1 | YUCCA ROOT | 35 LBS | 34198101 | 23.00 | 23.00 |
| | Product of COSTA RICA: Quantity 1.00 | | 34198101 | | |
| | ———END OF INVOICE——— | | | | |

| 49 | | | Please Pay This Amount | $503.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)   DATE   TIME



I NVC2300040102678886 0001

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/27/13 | 02679031 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02679031 | eladio | DELIVERY | NET 21 DAYS | CAV | CAV | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | SQUASH, CHAYOTE W/B MEXICAN | 35 LBS | 34133001 | 12.00 | 12.00 |
| | Product of MEXICO: Quantity 1.00 | | 34133001 | | |
| 1 | CHILE, SERRANO 38# | 38 LBS | 34175801 | 30.00 | 30.00 |
| | Product of MEXICO: Quantity 1.00 | | 34175801 | | |
| 2 | TOMATILLO, CASE | 40 LBS | 34199701 | 16.00 | 32.00 |
| | Product of MEXICO: Quantity 2.00 | | 34199701 | | |
| | ——END OF INVOICE—— | | | | |
| 4 | | | **Please Pay This Amount** | | $74.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/7% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)         DATE         TIME


INVC2300040102679031 0001

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/27/13 | 02679034 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02679034 | n/aa | DELIVERY | NET 21 DAYS | NIC | NIC | OL |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 1 | SQUASH, BUTTERNUT LARGE        35 LBS | 34129701 | 15.00 | 15.00 |
|   | Product of MEXICO: Quantity 1.00 | 34129701 | | |
| 2 | YAMS, GARNET MED               40 LBS | 34186301 | 11.00 | 22.00 |
|   | Product of USA: Quantity 2.00 | 34186301 | | |
|   | ——END OF INVOICE—— | | | |
| 3 | | | Please Pay This Amount | $37.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)    DATE    TIME



INVC230004010267903400011

**Olympic Fruit & Vegetable (OL)**
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

**OLYMPIC FRUIT & VEGETABLE**

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/28/13 | 02679604 |

| Bill To: ACCT NO. 038545 | Ship To: |
|---|---|
| GLENDALE RANCH MARKET | GLENDALE RANCH MARKET |
| 1122 S CENTRA AVE | 1122 S CENTRA AVE |
| GLENDALE, CA 91204 | GLENDALE, CA 91204 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02679604 | n/a | DELIVERY | NET 21 DAYS | NIC | NIC | OL |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 5 | PEPPERS, GREEN BELL CH        25 LBS | 34144008 | 5.00 | 25.00 |
|   | Product of MEXICO: Quantity 5.00 | 34144008 | | |
|   | -------END OF INVOICE------- | | | |
| 5 | | Please Pay This Amount | | $25.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.
A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.
Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)    DATE    TIME



I NVC230004010267960400001

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/30/13 | 02680144 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02680144 | N/A | DELIVERY | NET 21 DAYS | NIC | NIC | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 2 | PEPPERS, GREEN BELL XL | 25 LBS | 34179003 | 11.00 | 22.00 |
| | Product of MEXICO: Quantity 2.00 | | 34179003 | | |
| 7 | TOMATOES, GRAPE FLAT | CASE | 34189401 | 7.00 | 49.00 |
| | Product of MEXICO: Quantity 7.00 | | 34189401 | | |
| | ——END OF INVOICE—— | | | | |
| 9 | | | **Please Pay This Amount** →→→→→→→→→→ | | $71.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)     DATE     TIME



INVC23000401026801440001

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

# OLYMPIC FRUIT & VEGETABLE

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/30/13 | 02680148 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02680148 | eladio | DELIVERY | NET 21 DAYS | CAV | CAV | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | SQUASH, CHAYOTE W/B MEXICAN | 35 LBS | 34145501 | 12.00 | 12.00 |
| | Product of MEXICO: Quantity 1.00 | | 34145501 | | |
| 1 | CHILE, PASILLA | 23 LBS | 34179002 | 28.75 | 28.75 |
| | ***cost=$1.25 la libra *** | | | | |
| | Product of MEXICO: Quantity 1.00 | | 34179002 | | |
| 1 | CACTUS, PEARS RED (TUNAS) | 32 LBS | 34184101 | 19.00 | 19.00 |
| | Product of MEXICO: Quantity 1.00 | | 34184101 | | |
| 5 | CHILE, ANAHEIM 23# | CASE | 34169206 | 10.35 | 51.75 |
| | ***cost=.45 la libra *** | | | | |
| | Product of MEXICO: Quantity 5.00 | | 34169206 | | |
| 1 | CACTUS, LEAF (NOPAL EN PENCA) | 40 LBS | ******* | 15.00 | 15.00 |
| | Product of MEXICO: Quantity 1.00 | | ******* | | |
| 1 | TURNIPS, MEDIUM SACK | 25 LBS | 34198601 | 12.00 | 12.00 |
| | Product of USA: Quantity 1.00 | | 34198601 | | |
| | ------END OF INVOICE------ | | | | |

| | | **Please Pay This Amount** | |
|---|---|---|---|
| 10 | | →→→→→→→→→→ | $138.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)**

Customer Signature (PRINT NAME)    DATE    TIME


I NVC23000401026801480001

# OLYMPIC FRUIT & VEGETABLE

Olympic Fruit & Vegetable (OL)
P.O. Box 530369
SAN DIEGO CA 92153

Sales Phone: 213-955-3444

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 12/30/13 | 02680155 |

**Bill To:** ACCT NO. 038545
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

**Ship To:**
GLENDALE RANCH MARKET
1122 S CENTRA AVE
GLENDALE, CA 91204

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02680155 | 1 | DELIVERY | NET 21 DAYS | IJK | IJK | OL |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 2 | PINEAPPLE, GOLD 7 | 24 LBS | 34169702 | 9.50 | 19.00 |
| | Product of COSTA RICA: Quantity 2.00 | | 34169702 | | |
| 1 | PEARS, BOSC 100 FCY | 40 LBS | 34158305 | 20.00 | 20.00 |
| | Product of USA: Quantity 1.00 | | 34158305 | | |
| | ———END OF INVOICE——— | | | | |
| 3 | | | Please Pay This Amount | | $39.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over those commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Olympic Fruit & Vegetable (OL)

Customer Signature (PRINT NAME)     DATE     TIME



INVC2300040102680155 0001