# EXHIBIT 2

**Choumas Produce Co., Inc.**
COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD, BLDG. #300, BAYS #319-314
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

No. 9097

# INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
|  | 818-240-3333 | NET 21 DAYS | 01/07/14 | 429501 | 1 of 1 | GLEN | OM |

DELIVERY DATE: 01/07/14

SOLD TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

SHIP TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 81 | SATSUMA TANGERINE STE 1/2 BUS. USA   FRUIT CATCHER | 18.00 | 1458.00 |

$17 ok [signature]



PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

| | TOTAL | 81 | **TOTAL $** | 1458.00 |

Customer Signature                    OFFICE

1377.00

# Noumas Produce Co. Inc.
### COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

No. 9103

# INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
|  | 818-240-3333 | NET 21 DAYS | 01/10/14 | 429688 | 1 of 1 | GLEN | DM |

DELIVERY DATE: 01/10/14

SOLD TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

SHIP TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 49 | GOLD DEL. APPLE XF    64 USA    STEMILT INT. | 12.00 | 588.00 |

PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

| | TOTAL | 49 | TOTAL $ | 588.0 |

Customer Signature

OFFICE

# Thoumas Produce Co., Inc.
COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD, BLDG #302, BAYS #313-314
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188  •  FAX (213) 623-1887

N° 9103

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms |
|---|---|---|
|  | 818-240-3333 | NET 21 DAYS |

| Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|
| 01/09/14 | 429596 | 1 of 1 | GLEN | DM |

DELIVERY DATE: 01/09/14

**SOLD TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**SHIP TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 40 | SATSUMA TANGERINE STE 1/2 BUS. USA    FRUIT CATCHER | 17.00 | 680.00 |



PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

| | TOTAL | 40 | **TOTAL $** | 680.00 |

Customer Signature

OFFICE

# Thomas Produce Co., Inc.
## COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD • BLDG #80 BAYS #31 & 14
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188  •  FAX (213) 623-1887

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | of | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|---|
|  | 818-240-3333 | NET 21 DAYS | 01/15/14 | 430049 | 1 | 1 | GLEN | DM |

DELIVERY DATE: 01/15/14

SOLD TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

SHIP TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 42 | GOLD DEL. APPLE XF    64 USA    STEMILT INT. | 12.00 | 504.00 |

PALLETS OUT/IN _____ / _____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

TOTAL  42    TOTAL $  504.00

Customer Signature _____    OFFICE

# Thoumas Produce Co., Inc.
**COMMISSION MERCHANTS**

1601 E. OLYMPIC BOULEVARD, BUILDING #02, BAYS #213-214
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

N. 9112

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms |
|---|---|---|
|  | 818-240-3333 | NET 21 DAYS |

| Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|
| 01/16/14 | 430139 | 1 of 1 | GLEN. | DM |

DELIVERY DATE: 01/16/14

**SOLD TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**SHIP TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | NAVEL 56' | BIN USA | california | 150.00 | 150.00 |
| 1 | NAVEL 56' | BIN USA | CALIFORNIA | 150.00 | 150.00 |

PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

TOTAL  2    **TOTAL $**  300.

OFFICE

# Choumas Produce Co. Inc.
COMMISSION MERCHANTS

1696½ OLYMPIC BOULEVARD, BLDG. #800, BAYS #313-314
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

No. 9126

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
| | 818-240-3333 | NET 21 DAYS | 01/27/14 | 430733 | 1 of 1 | GLEN | OM |

DELIVERY DATE: 01/27/14

SOLD TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

SHIP TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 21 | GOLD DEL. APPLE XF | 64 USA | STEMILT | 14.00 | 294.00 |
| 5 | NECTARINES T/P | 50 CHILE | BONATRRA&SAPEL. | 32.00 | 160.00 |



PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

| | TOTAL | 26 | TOTAL $ | 454.00 |
|---|---|---|---|---|

Customer Signature                                OFFICE

# Thoumas Produce Co., Inc.
## COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
|  | 818-240-3333 | NET 21 DAYS | 01/29/14 | 430907 | 1 of 1 | GLEN | DM |

DELIVERY DATE: 01/29/14

**SOLD TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**SHIP TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 5 | PEACHES T/P    48 USA    MAGNA | 32.00 | 160.00 |



PALLETS OUT/IN _____ / _____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

| | TOTAL | 5 | **TOTAL $** | 160.00 |

Customer Signature                                    OFFICE

# Thoumas Produce Co., Inc.
COMMISSION MERCHANTS

1601 E. OLYMPIC BOULEVARD, BLDG #200, BAYS #136-144
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188 • FAX (213) 623-1887

No. 9132

## INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
|  | 818-240-3333 | NET 21 DAYS | 01/30/14 | 430920 | 1 of 1 | GLEN | OM |

DELIVERY DATE: 01/30/14

SOLD TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

SHIP TO:
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 40 | MURCOTT TANGERINE LARGE | 35LBS | USA | PRIME CITRUS | 25.00 | 1000.00 |
| 14 | GOLD DEL. APPLE XF |  | 64 USA | STEMILT | 14.00 | 196.00 |



PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

TOTAL  54    TOTAL $  1196.00

Customer Signature                                OFFICE

**Shoumas Produce Co., Inc.**
COMMISSION MERCHANTS

160 E. OLYMPIC BOULEVARD BLDG #90 · BAYS #3 & 4
LOS ANGELES, CALIFORNIA 90021
PHONE (213) 688-1188  ·  FAX (213) 623-1887

JAN 29 2014

No. 9130

# INVOICE/CHARGE

| P.O. Number | Phone No. | Terms | Date | Invoice Number | Page | Shipped Via | Salesperson |
|---|---|---|---|---|---|---|---|
|  | 818-240-3333 |  | 01/27/14 | 519137 | 1 of 1 |  | OM |

**SOLD TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

**SHIP TO:**
GLENDALE RANCH MARKET
1122 S. CENTRAL AVE.
GLENDALE, CA 91204

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
|  | C R E D I T |  |  |
| 5 | GOLD DEL. APPLE XF       64 | -14.00 | -70.00 |
|  | INVOICE NO.:  430733   CREDIT REF.:  430733 |  |  |

PALLETS OUT/IN _____ / _____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   C R E D I T

Attorney Fees: In the event collection action becomes necessary, buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction.

Interest: Interest will accrue on any past-due balance at the rate of 1 1/2% per month (18% per annum) and will be computed daily and compounded annually.

TOTAL        **TOTAL $**  -70.00

Customer Signature                    OFFICE